**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BARTOLO ENRIQUE GAMEZ LOPEZ,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN, MOSHANNON VALLEY PROCESSING CENTER et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 3:26-cv-1022 |

**ORDER OF COURT**

AND NOW, this 10th day of July, 2026, IT IS ORDERED that the above-captioned case hereby is transferred to the Honorable J. Nicholas Ranjan, United States District Judge, pursuant to Local Rule 40D3 for all further proceedings.

Stephanie L. Haines
United States District Judge

cc/ecf: All counsel of record